UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR-05-2040-FVS |
| v. | ORDER MODIFYING CONDITIONS OF RELEASE |
| AARON LOPEZ GARCIA, | |
| Defendant. | |

On May 26, 2005, this court held a bail review hearing. Jane Kirk, Esq., appeared for the government.  Defendant was present with counsel Anne Walstrom, Esq.

The defendant moved to amend his conditions of release to reduce the $20,000 corporate surety bond previously ordered and requested an appearance bond or electronic home monitoring.

The government argued for the Court to maintain the $20,000 corporate bond that was previously ordered.

The Court **granted** the defendant's motion for modification of release.

**IT IS ORDERED**:

1.   The defendant shall post a $5,000 corporate surety bond and a $15,000 appearance bond to be signed by the defendant and

ORDER MODIFYING CONDITIONS
OF RELEASE - 1

1  his parents.
2      3.    Defendant shall be supervised by his father and brother
3  at all times and they will assure defendant's appearance at
4  further proceedings.
5      4.    Defendant is to work with his brother, Tony Garcia,
6  instead of his father.  Tony Garcia will directly supervise the
7  defendant at work at all times.
8      4.    All previous conditions imposed in the Court's Order
9  Setting Conditions of Release shall remain in full force and
10 effect.
11     DATED this 26th day of May, 2005.

                                        s/Michael W. Leavitt
                                   United States Magistrate Judge

ORDER MODIFYING CONDITIONS
OF RELEASE - 2